IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| WASHINGTON MUTUAL, INC., *et al.*, | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No(s).: 08-12229-MFW |
| | ) |
| WASHINGTON MUTUAL, INC., | ) |
| | ) Adv. Pro. No.: 12-50422-MFW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| XL SPECIALTY INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Young Conaway Stargatt & Taylor, LLP by Anthony G. Flynn and Timothy Jay Houseal as counsel of record for Defendant AXIS Insurance Company.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Timothy Jay Houseal
_____
Anthony G. Flynn (#74)
Timothy Jay Houseal (#2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682 (Telephone)
(302) 576-3300 (Facsimile)
thouseal@ycst.com
*Attorneys for Defendant AXIS Insurance Company*

Dated: May 2, 2012

01:11975711.1